# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA



James L. Corpening, Jr.
Chief U.S. Probation Officer

310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
919-861-8686
Fax: 919-861-5555

**DATE:** November 14, 2018

**FROM:** Timothy L. Gupton
U.S. Probation Officer

**SUBJECT:** USHER, Jerome
Case No.: 5:11-CR-158-2BO
<u>Request for Early Termination</u>

**TO:** Terrence W. Boyle
Chief U.S. District Judge

On December 7, 2011, pursuant to a guilty plea to Possession With the Intent to Distribute 28 Grams or More of Cocaine Base and a Quantity of Cocaine and Aiding and Abetting, Jerome Usher appeared in United States District Court for the Eastern District of North Carolina, and was sentenced to 70 months imprisonment to be followed by 4 years supervised release. On December 19, 2014, pursuant to 18 U.S.C. § 3582(c)(2), the term of imprisonment was reduced to 60 months. The defendant was released from custody on October 30, 2015, and began supervision in the Eastern District of North Carolina.

Since his release, Usher has performed satisfactorily on supervision. He has submitted to DNA testing, all drug screens have been negative, and no law enforcement contact has been reported. As a result of his compliance with supervision, Usher was transferred to the Low Intensity Caseload on June 7, 2017. His term of supervision is set to expire on October 29, 2019.

The probation office is requesting early termination. The U.S. Attorney's Office has been contacted, and they have no objection to the early termination request. Please indicate the court's preference by marking the appropriate selection below.

☑ I agree with the recommendation and have signed the enclosed Order.
☐ I disagree with the recommendation. I will reconsider in one year.
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_____          11-14-18
Terrence W. Boyle                                        Date
Chief U.S. District Judge

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.              Crim. No. 5:11-CR-158-2BO

**JEROME USHER**

On October 30, 2015, the above named was released from prison, and commenced a term of supervised release for a period of 48 months. The offender has complied with the rules and regulations of supervised release, and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,            I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michael C. Brittain            /s/ Timothy L. Gupton  
Michael C. Brittain            Timothy L. Gupton  
Supervising U.S. Probation Officer            U.S. Probation Officer  
           310 New Bern Avenue, Room 610  
           Raleigh, NC 27601-1441  
           Phone: 919-861-8686  
           Executed On: November 14, 2018

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _14_ day of _Nov._, 2018.

Terrence W. Boyle  
Chief U.S. District Judge